## State v. Humphrey.

APPEAL from Order of Probate Judge of Cullman
County.
Heard before the Hon. S. L. FULLER.

CHARLES G. BROWN, Attorney-General, for the State.

BROWN & CURTIS and GEORGE H. PARKER, for appellee.

The appeal in this case is prosecuted from an order of
the probate judge of Cullman county granting bail to
the appellee on an application for *habeas corpus.*
Judgment is affirmed.

Opinion by MCCLELLAN, C. J.

---

## Williams v. State.

APPEAL from Montgomery City Court.
Tried before the Hon. A. D. SAYRE.

No counsel marked as appearing for appellant.

CHARLES G. BROWN, Attorney-General, for the State.

The appellant was indicted, tried and convicted for
rape, and sentenced to the penitentiary for ten years.
Judgment affirmed.

Opinion by HARALSON, J.